838

No. 369. HAMADEH *v.* IMMIGRATION AND NATURALIZATION SERVICE. C. A. 7th Cir. Certiorari denied. *Otto Oplatka* for petitioner. *Acting Solicitor General Spritzer, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Daniel H. Benson* for respondent. ■■

No. 371. McCARTHY ET UX. *v.* CONLEY, DISTRICT DIRECTOR OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied. *Edward P. J. McCarthy* for petitioners. *Acting Solicitor General Spritzer* and *Acting Assistant Attorney General Jones* for respondent. ▮

No. 374. SMITH *v.* CROUCH, SHERIFF. Sup. Ct. Tenn. Certiorari denied. *Bernard H. Cantor* for petitioner. *George F. McCanless,* Attorney General of Tennessee, and *Edgar P. Calhoun,* Assistant Attorney General, for respondent.

No. 376. PAINE DRUG Co. *v.* NEW YORK. County Ct., Monroe County, N. Y. Certiorari denied. *Robert L. Beck* for petitioner. ▮

No. 377. ANGELINI *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Anna R. Lavin* for petitioner. *Acting Solicitor General Spritzer, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Sidney M. Glazer* for the United States. ▮

No. 378. HOWARD *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied. *Stanley H. Rudman* for petitioner. *Acting Solicitor General Spritzer, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Ronald L. Gainer* for the United States. ▮